**Eugene BUTLER, Appellant,**

v.

**JEFFERSON COUNTY SHERIFF'S DEPARTMENT; Edward Fontaine, Sheriff, in his official capacity as Sheriff of Jefferson County, Arkansas and individual capacity, also known as Boe Fontaine; Loyd Harrison, Chief Deputy, in his official capacity as Chief Deputy Sheriff of Jefferson County, Arkansas, and his individual capacity, also known as Pete Harrison; Noel Foster, Operations Commander, Major, in his official capacity and his individual capacity; Kennon Slocum, Captain of Criminal Investigation Division, in his official capacity and individual capacity, Appellees.**

No. 03–1008.

United States Court of Appeals,
Eighth Circuit.

Submitted July 17, 2003.

Decided July 23, 2003.

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Eugene Butler appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Butler's general challenge to the entry of summary judgment fails, as the record supports the district court's determination. *See Forrest v. Kraft Foods, Inc.,* 285 F.3d 688, 691–92 (8th Cir.2002); *Habib v. NationsBank,* 279 F.3d 563, 566–67 (8th Cir.2001); *Hanenburg v. Principal Mut. Life Ins. Co.,* 118 F.3d 570, 573 (8th Cir.1997). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.